## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No. 3:13-cr-00047
) Chief Judge Haynes
ROBERTO MANIER )

## O R D E R

The sentencing hearing is set in this action for **Friday, January 3, 2014 at 3:00 p.m.** By

**Monday, December 23, 2013,** counsel shall submit their memoranda, response and/or reply as well

as the number of witnesses to be called and the expected length of the hearing. Failure to comply

with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared

to discuss any forfeiture issues.

It is so **ORDERED**.

**ENTERED** this the _13_ day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court